CLIFF GARDNER
(State Bar # 93782)
CATHERINE WHITE
(State Bar # 193690)
19 Embarcadero Cove
Oakland, CA 94606
(510) 534-9404

Attorneys for Petitioner
Nickolas Leonardos

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICKOLAS LEONARDOS, ) No. C-06-7769
)
    Petitioner, )
) ~~PROPOSED~~ ORDER
) REOPENING
v. ) ADMINISTRATIVELY
) CLOSED CASE
LOREN BUDDRESS, )
in his capacity as Chief Probation Officer )
OF THE SAN MATEO COUNTY )
PROBATION DEPARTMENT, )
)
    Respondent. )
_____ )

Petitioner Nickolas Leonardos has applied to re-open his federal habeas corpus case following exhaustion of state remedies. His case was administratively closed on April 19, 2007. The application is granted. Petitioner's case is to be reopened and the stay of proceedings lifted.

IT IS SO ORDERED.

Dated: October 9, 2007

_____
Judge Jeffrey S. White
United States District Court Judge

1