IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS LEONARDOS,<br><br>    Petitioner,<br><br>v.<br><br>LOREN BUDDRESS, in his capacity as Chief Probation Officer of the SAN MATEO COUNTY PROBATION DEPARTMENT,<br><br>    Respondent. | No. C 06-07769 JSW<br><br>**ORDER TO SHOW CAUSE** |

Petitioner, Nikolas Leonardos, a state prisoner, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## BACKGROUND

Petitioner was convicted of one misdemeanor count of annoying or molesting a minor and one misdemeanor count of child endangerment in November 2003. The trial court sentenced Petitioner to 90 days in county jail, plus three years probation.

## LEGAL CLAIMS

Petitioner challenges the judgment of his conviction and contends that it was unlawfully imposed in violation of his constitutional rights as guaranteed by the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution. Petitioner contends that the state suppressed material evidence in failing to disclose the criminal history of the prosecution witness, Sandra Maxwell, the mother of the alleged victim. Petitioner argues that the evidence suppressed demonstrates a motive for the allegations made against him and the suppression of

the evidence undermines the case and violates his Due Process rights.

Liberally construed, the claims appear potentially colorable under 28 U.S.C. § 2254 and merit an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown:

1. Petitioner shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondent.

2. Respondent shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: July 28, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2