IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICKOLAS LEONARDOS,**<br><br>Petitioner,<br><br>v.<br><br>**LOREN BUDDRESS, in his capacity as Chief Probation Officer of the SAN MATEO COUNTY PROBATION DEPARTMENT,**<br><br>Respondent. | Case No. C 06-07769 JSW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October 28, 2009, in which to file a response to the Order to Show Cause.

Dated: September 17, 2009

_____
The Honorable Jeffrey S. White

1

[Proposed] Order          *Nickolas Leonardos v. Buddress*, Case No. C 06-07769 JSW